DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LIDIJA PILJEVIC,

Appellant,

v.

GORAN JANKOVIC,

Appellee.

No. 2D2025-1112

_____

May 22, 2026

Appeal from the Circuit Court for Hillsborough County; Robert A. Bauman, Judge.

Roland A. Hermida, Tampa, for Appellant.

Thomas A. Burns of Burns, P.A., Tampa; and Nicholas P. McNamara of Creed & Gowdy, P.A., Jacksonville (appeared after briefing), for Appellee.

PER CURIAM.

Affirmed. *See* Fla. R. App. P. 9.315(a); *see also Cone v. Cone,* 62 So. 2d 907, 908 (Fla. 1953) (holding that court's jurisdiction to modify a dissolution decree as to custody and visitation of minor children does not depend on an express reservation of jurisdiction in the decree); *Bilbo v. Bilbo*, 688 So. 2d 1031, 1032 (Fla. 5th DCA 1997) (same); § 61.13(2)(d), Fla. Stat. (2024) ("The circuit court in the county in which either parent

and the child reside or the circuit court in which the original order approving or creating the parenting plan was entered may modify the parenting plan.").

NORTHCUTT, VILLANTI, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.